# EXHIBIT 2

 **CT Corporation**

**Service of Process Transmittal**
05/02/2019
CT Log Number 535405806

**TO:** INGRID CERIZO
Progressive Casualty Insurance Company
600 N WEST SHORE BLVD STE 400
TAMPA, FL 33609-1145

**RE:** **Process Served in Florida**

**FOR:** Progressive American Insurance Company  (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | CLEARVIEW IMAGING, LLC, etc. as assignee, individually, and on behalf of all similarly situated, Pltf. vs. PROGRESSIVE AMERICAN INSURANCE COMPANY, Dft. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Hillsborough County Circuit Court, FL<br>Case # 19CA003580 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 05/02/2019 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day or service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | J. Dan Clark<br>Clark & Martino, P.A.<br>3407 W. Kennedy Boulevard<br>Tampa, FL 33609-2905<br>813-879-0700 |
| **REMARKS:** | Process received by Chief Financial Officer on 04/30/2019 and forwarded to C T Corporation System by electronic delivery on 05/02/2019 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/02/2019, Expected Purge Date: 05/07/2019<br><br>Image SOP<br><br>Email Notification,  INGRID CERIZO  ingrid_cerizo@progressive.com<br><br>Email Notification,  Progressive FL SOP  flsop@progressive.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1200 South Pine Island Road<br>Plantation, FL 33324 |
| **TELEPHONE:** | 954-473-5503 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
STATE OF FLORIDA

---

| | |
|---|---|
| CLEARVIEW IMAGING, LLC D/B/A CLEARVIEW OPEN MRI, | CASE #: 19-CA-003580<br>COURT: JUDICIAL CIRCUIT<br>COUNTY: HILLSBOROUGH |
| PLAINTIFF(S) | DFS-SOP #: 19-000113319 |
| VS. | |
| PROGRESSIVE AMERICAN INSURANCE COMPANY | |
| DEFENDANT(S) _____/ | |
| SUMMONS, COMPLAINT | |

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Tuesday, April 30, 2019 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, May 2, 2019 to the designated agent for the named entity as shown below.

PROGRESSIVE AMERICAN INSURANCE COMPANY
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

JENNIFER LIZA
CLARK & MARTINO
3407 W. KENNEDY BLVD
TAMPA, FL 33609

HB1

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

**Clearview Imaging, LLC d/b/a Clearview Open MRI,**
Plaintiff(s)
vs

Case No.: **19-CA-003580**

**Progressive American Insurance Company**
Defendant(s)

Division I

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

    **Progressive American Insurance Company**
    **C/O CFO 200 E GAINES ST**
    **TALLAHASSEE FL  32399**

    Each defendant is required to serve written defenses to the complaint or petition on **J DAN CLARK**, plaintiff's attorney, whose address is **3407 WKENNEDY BOULEVARD  TAMPA FL  33609-2905** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.
**DATED** on April 29, 2019.

Attorney: **J DAN CLARK**
Attorney For: **Clearview Imaging, LLC**
Address: **3407 WKENNEDY BOULEVARD TAMPA FL  33609-2905**

Florida Bar No: **106471**

**PAT FRANK**
As Clerk of the Court

*Dana Caranante*

Dana Caranante, Deputy Clerk
Prepared By:Sylvia Young, Deputy Clerk
P.O. Box 3360             800 E Twiggs St
Tampa, FL 33601           Room 101
                          Tampa FL 33602

(813)276-8100

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

RECEIVED AS STATUTORY REGISTERED AGENT on 30 April, 2019 and served on defendant or named party on 02 May, 2019 by the Florida Department of Financial Services

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Electronically Filed: Hillsborough County / 13th Judicial Circuit

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.  **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>THIRTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>HILLSBOROUGH</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Clearview Imaging, LLC dba Clearview Open MRI</u>
 Plaintiff
        vs.
<u>Progressive American Insurance Company</u>
Defendant

II.  **TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.    REMEDIES SOUGHT** (check all that apply):
    ☐ Monetary;
    ☒ Non-monetary declaratory or injunctive relief;
    ☐ Punitive

**IV.    NUMBER OF CAUSES OF ACTION: (   )**
(Specify)

3

**V.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☒ Yes
    ☐ No

**VI.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ No
    ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ Yes
    ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ J Daniel Clark    FL Bar No.: 106471
    Attorney or party    (Bar number, if attorney)

    J Daniel Clark  04/05/2019
    (Type or print name)    Date

IN THE CIRCUIT COURT OF THE THIRTEENTH CIRCUIT COURT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

**CLEARVIEW IMAGING, LLC d/b/a**
**CLEARVIEW OPEN MRI, as**
assignee, individually, and on behalf
of all similarly situated,                         **Class Representation**

   Plaintiff,                               Case No. _____

**vs.**                                                Division _____

**PROGRESSIVE AMERICAN**
**INSURANCE COMPANY,**

   Defendant.
_____/

**REQUEST FOR DIVISION ASSIGNMENT**

  This is a request based on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the:

  x Tampa Division
  ❑ East Division
  ❑ Prior Division (Please indicate Case Number and Division of previously filed action:_____ )

  I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders. If there is no supported request for specific division assignment, this action will be assigned a division based on a random and equitable distribution system.

Name of Attorney: J. DANIEL CLARK

Address: 3407 WEST KENNEDY BLVD., TAMPA, FL 33609

Phone Number: (813) 879-0700

Email Address(es): dclark@clarkmartino.com; rsmith@clarkmartino.com