**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLEARVIEW IMAGING, LLC d/b/a
CLEARVIEW OPEN MRI, as assignee,
individually, and on behalf of all similarly
situated,

      Plaintiff,

v.                                  Case No.: 8:19-cv-01299-T-35CPT

PROGRESSIVE AMERICAN
INSURANCE COMPANY,

      Defendant.

_____/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff, Clearview Imaging, LLC, d/b/a Clearview Open MRI, as assignee, individually, and on behalf of all similarly situated, provides notice of the following supplemental authority in support of its Motion for Expedited Jurisdictional Discovery (Doc. 23) and in response to Defendant's Memorandum in Opposition to Clearview's Motion for Expedited Jurisdictional Discovery (Doc. 30): *Scarfo v. Ginsberg*, 175 F.3d 957, 960 (11th Cir. 1999) ("Under the law of this circuit, . . . parties cannot waive subject matter jurisdiction, and we may consider subject matter jurisdiction claims at any time during litigation.").

**[Attorney's signature appears on the following page.]**

Respectfully submitted,

/s/ *Matthew A. Crist*
Matthew A. Crist, FBN 0035539
cristm@cristlegal.com
**CRIST LEGAL | PA**
606 East Madison Street
Tampa, FL 33602
Telephone: (813) 575-5200
Facsimile: (813) 575-2520

J. Daniel Clark, FBN 0106471
dclark@clarkmartino.com
**CLARK ♦ MARTINO, P.A.**
3407 W. Kennedy Blvd.
Tampa, FL 33609
Telephone: (813) 879-0700
Facsimile: (813) 879-5498

David M. Caldevilla, FBN 654248
dcaldevilla@dgfirm.com
**de la PARTE & GILBERT, P.A.**
P.O. Box 2350
Tampa, FL 33601-2350
Telephone: (813) 229-2775
Facsimile: (813) 229-2712

**Attorneys for Plaintiff**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** on <u>August 22, 2019</u>, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Matthew A. Crist*
Matthew A. Crist

2