UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLEARVIEW IMAGING, LLC, as assignee, individually, and on behalf of all similarly situated dba Clearview Open MRI,**

    Plaintiff,

v.                                  Case No. 8:19-cv-1299-MSS-CPT
                                     Case No: 8:19-cv-1881-MSS-AEP

**PROGRESSIVE AMERICAN INSURANCE COMPANY and PROGRESSIVE SELECT INSURANCE COMPANY,**

    Defendants.

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Joint Motion to Consolidate filed in <u>Clearview Imaging, LLC v. Progressive Select Insurance Company</u>, Case No. 8:19-cv-01881-MSS-AEP. (Dkt. 22) Therein, the Parties seek to consolidate two cases currently pending before this Court: <u>Clearview Imaging, LLC v. Progressive American Insurance Company</u>, Case No. 8:19-cv-01299-MSS-CPT and <u>Clearview Imaging, LLC v. Progressive Select Insurance Company</u>, Case No. 8:19-cv-01881-MSS-AEP. The Parties in both actions are represented by the same counsel, who represent that no Party opposes consolidation of these two cases. (Dkt. 22 at ¶ 8) The Parties further request that the Court grant an extension of time in which they may file a new Joint Scheduling Report for both actions. (Dkt. 22 at ¶14)

Accordingly, pursuant to Federal Rule of Civil Procedure 42 and Middle District of

Florida Local Rule 1.04(c), it is hereby **ORDERED** as follows:

1. The Joint Motion to Consolidate, (Dkt. 22), is **GRANTED IN PART and DENIED IN PART**.

2. The above-captioned civil cases are hereby **CONSOLIDATED** for all further proceedings.

3. All parties are **ORDERED** to file all prospective documents in the Lead Case, <u>Clearview Imaging, LLC v. Progressive American Insurance Company</u>, Case No. 8:19-cv-01299-MSS-CPT, using the style of the lead case in the caption.

4. The Parties' request for an extension of time to file a Joint Case Management Report is **DENIED**. The Court will enter an Amended Case Management and Scheduling Order governing the consolidated action based on the proposed deadlines set forth in the Case Management Report submitted by the Parties in the Lead Case.

5. The Clerk is **DIRECTED** to close the case styled as <u>Clearview Imaging, LLC v. Progressive Select Insurance Company</u>, Case No. 8:19-cv-01881-MSS-AEP.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of August, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party