**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLEARVIEW IMAGING, LLC d/b/a
CLEARVIEW OPEN MRI,

      CASE NO.: 8:19-cv-1299-MSS-CPT
   Plaintiff,      CASE NO.: 8:19-cv-1881-MSS-AEP
      (Consolidated)

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY and PROGRESSIVE SELECT
INSURANCE COMPANY,

   Defendants.
_____/

**PROGRESSIVE AMERICAN INSURANCE COMPANY'S**
**MOTION FOR LEAVE TO FILE A REPLY TO**
**PLAINTIFFS' RESPONSE (ECF No. 37) TO ITS MOTION TO**
**DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT (ECF No. 27)**

Pursuant to Local Rule 3.01, Defendant, Progressive American Insurance Company[1] ("Progressive American"), hereby moves the Court for leave to file a Reply of no more than ten (10) pages to Plaintiff's Response (ECF No. 37) to Progressive American's Motion to Dismiss the First Amended Class Action Complaint (ECF No. 27), and states:

1.    On August 7, 2019, Progressive American filed its Motion to Dismiss the First Amended Class Action Complaint ("Motion to Dismiss") (ECF No. 27).

2.    Plaintiff filed its response to the Motion to Dismiss on September 6, 2019 (ECF No. 37) ("Plaintiff's Response").

---

[1] Similar actions against Progressive American and Progressive Select Insurance Company ("Progressive Select") were consolidated by order dated August 30, 2019 (ECF No. 35). Progressive American's individual motion to dismiss (ECF No. 37) was already pending at the time of that consolidation; and Plaintiff's response (ECF No. 37) addresses that motion. Accordingly, this request is made only by Progressive American; although Progressive Select has no objection to the request.

3. "The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response[.]" *In re Fiddler's Creek, LLC v. Naples Lending Grp. LC*, No. 2:14-CV-379-FTM-29CM, 2015 WL 4470093, at *2 (M.D. Fla. July 21, 2015) (quotation omitted). Good cause exists to allow a reply when it will "benefit the Court's resolution of the pending motion." *See id.*

4. Good cause exists to grant the Motion here. The Court will benefit from a complete briefing of the issues, including a Reply that will rebut new facts, law, and arguments presented by Plaintiff in its Response. Plaintiff's Response presented new arguments on several issues, including, for example, the application of the Florida declaratory judgment act (ECF No. 37 at 11 and 17) and specific language in certain of the exhibits to the First Amended Complaint (ECF No. 37 at 13). Plaintiff has also cited significant legal authorities in its Response that were not previously addressed by Progressive American in the Motion to Dismiss. Progressive American does not intend to re-state the arguments set forth in its Motion; but rather to respond to new facts and arguments set forth in Plaintiff's Response.

5. Plaintiff will not be prejudiced by allowing a complete briefing of all issues to the Court.

WHEREFORE, Progressive American respectfully request leave to file the Reply to Plaintiff's Response, which will not exceed ten (10) pages. Progressive American also requests that the Reply be due ten (10) days from the date of service of the Court's Order on this Motion.

2

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Undersigned counsel hereby certify, pursuant to Local Rule 3.01(g), that it has conferred with counsel for Plaintiff in a good faith effort to resolve the issues raised in this Motion, and that the Plaintiff opposes the relief requested herein.

Respectfully submitted,

**AKERMAN LLP**

*/s/ Jason L. Margolin*
Marcy Levine Aldrich (FBN 968447)
marcy.aldrich@akerman.com
debra.atkinson@akerman.com
Ari H. Gerstin (FBN 0839671)
ari.gerstin@akerman.com
marylin.herrera@akerman.com
Ross E. Linzer (FBN 73094)
ross.linzer@akerman.com
vivian.lopez@akerman.com
Three Brickell City Centre
98 Southeast Seventh Street
Miami, Florida 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

and

Irene A. Bassel Frick (FBN 158739)
Irene.basselfrick@akerman.com
nicole.emmett@akerman.com
Jason L. Margolin (FBN 69881)
jason.margolin@akerman.com
judy.barton@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Phone: 813.209.5009
Fax: 813.218.5488

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2019, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel or record.

<u>/s/ Jason L. Margolin</u>

## SERVICE LIST

J. Daniel Clark
Clark & Martino, P.A.
Primary E-mail: dclark@clarkmartino.com
Secondary E-mail: rsmith@clarkmartino.com
3407 W. Kennedy Boulevard
Tampa, FL 33609
Tel: 813-879-0700

David M. Caldevilla, Esquire
de la Parte & Gilbert, P.A.
Primary email: dcaldevilla@dgfirm.com
Secondary email: serviceclerk@dgfirm.com
Post Office Box 2350
Tampa, Florida 33601-2350
Tel: 813-229-2775

Matthew A. Crist
Crist Legal | PA
Primary E-mail: cristm@cristlegal.com
606 East Madison Street
Tampa, FL 33602
Tel: 813-575-5200

*Counsel for Clearview*