**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CLEARVIEW IMAGING, LLC d/b/a
CLEARVIEW OPEN MRI,

      Plaintiff,

v.

PROGRESSIVE AMERICAN INSURANCE
COMPANY and PROGRESSIVE SELECT
INSURANCE COMPANY,

      Defendants.

_____/

CASE NO.: 8:19-cv-1299-MSS-CPT
CASE NO.: 8:19-cv-1881-MSS-AEP
(Consolidated)

**PROGRESSIVE AMERICAN INSURANCE COMPANY'S NOTICE OF
SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO
DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT (ECF No. 27)**

Defendant Progressive American Insurance Company[1] ("Progressive American") files this Notice of Supplemental Authority in support of its Motion to Dismiss the First Amended Class Action Complaint[2] (ECF No. 27). Attached as **Exhibit 1** is the recent Eleventh Circuit decision in *AA Suncoast Chiro. Clinic, P.A. v. Progressive Am. Ins. Co.*, -- F.3d--, 2019 WL 4316088 (11th Cir. Sept. 12, 2019), which issued after Progressive American's Motion was filed.

---

[1]    Similar actions against Progressive American and Progressive Select Insurance Company were consolidated by order dated August 30, 2019 (ECF No. 35). Progressive American's individual motion to dismiss (ECF No. 37) was already pending at the time of that consolidation; and Plaintiff's response (ECF No. 37) addresses that motion.

[2]    Progressive American has a pending motion for leave to file a reply in support of its Motion to Dismiss (ECF No. 38) in order to address certain issues in Plaintiff's Response (ECF No. 37). Progressive American would address this new authority in such a reply.

This decision addresses the viability of Plaintiff's class claims, particularly the counts for declaratory relief (Count I) and injunctive relief (Count II). (ECF No. 19). Among other things, the decision is relevant to the following arguments raised in Progressive American's Motion to Dismiss: Section V (Clearview Contemplates Improper Splitting of PIP Claims, ECF No. 27 at 22-23); Section VI (Clearview's Counts for Declaratory and Injunctive Relief Should be Dismissed Because Clearview has an Adequate Remedy at Law, ECF No. 27 at 23-25). The decision is also relevant to the following arguments raised in Plaintiff's Response to Progressive American's Motion to Dismiss: Plaintiff's arguments as to the propriety of declaratory and injunctive relief (ECF No. 37 at 16, 18-20).

In *AA Suncoast*, the court reversed the certification of a similar Florida No-Fault ("PIP") class action involving PIP benefits. The court reversed certification of class claims for declaratory and injunctive relief by three medical provider plaintiffs in connection with claims for Florida No-Fault ("PIP") benefits and found that the claims asserted by the plaintiffs were not appropriate for injunctive and/or declaratory relief.

            Respectfully submitted,

            **AKERMAN LLP**

            */s/ Marcy Levine Aldrich*
            Marcy Levine Aldrich (FBN 968447)
            marcy.aldrich@akerman.com
            debra.atkinson@akerman.com
            Ari H. Gerstin (FBN 0839671)
            ari.gerstin@akerman.com
            marylin.herrera@akerman.com
            Ross E. Linzer (FBN 73094)
            ross.linzer@akerman.com
            vivian.lopez@akerman.com
            Three Brickell City Centre
            98 Southeast Seventh Street

Miami, Florida 33131
Phone: (305) 374-5600
Fax: (305) 374-5095

and

Irene A. Bassel Frick (FBN 158739)
Irene.basselfrick@akerman.com
nicole.emmett@akerman.com
Jason L. Margolin (FBN 69881)
jason.margolin@akerman.com
judy.barton@akerman.com
401 East Jackson Street, Suite 1700
Tampa, Florida 33602
Phone: 813.209.5009
Fax: 813.218.5488

*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of September, 2019, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel or record.

/s/ Marcy Levine Aldrich

## SERVICE LIST

J. Daniel Clark
Clark & Martino, P.A.
Primary E-mail: dclark@clarkmartino.com
Secondary E-mail: rsmith@clarkmartino.com
3407 W. Kennedy Boulevard
Tampa, FL 33609
Tel: 813-879-0700

David M. Caldevilla, Esquire
de la Parte & Gilbert, P.A.
Primary email: dcaldevilla@dgfirm.com
Secondary email: serviceclerk@dgfirm.com
Post Office Box 2350
Tampa, Florida 33601-2350
Tel: 813-229-2775

Matthew A. Crist
Crist Legal | PA
Primary E-mail: cristm@cristlegal.com
606 East Madison Street
Tampa, FL 33602
Tel: 813-575-5200

*Counsel for Clearview*

50210561;1