UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN RE ORDER <u>IN JUDGE SCRIVEN'S CASES ONLY</u>:**

8:20-mc-39-MSS

**CASE MANAGEMENT AND SCHEDULING ORDERS**

_____/

## ORDER CONCERNING CIVIL CASES

On March 19, 2020, the Court entered its Order Concerning Jury Trials and Other Proceedings in re: Coronavirus Public Emergency, which stayed all civil cases assigned to Judge Scriven and deadlines associated with those cases until May 29, 2020. Notwithstanding the current stay of this matter, the Court hereby **ORDERS** that, for any non-E.R.I.S.A. case in which a Case Management and Scheduling Order has already been entered, Designated Lead Plaintiff's Counsel **SHALL** complete and file the attached Supplemental Scheduling Report ("SSR") **on or before May 26, 2020**. For cases in which an E.R.I.S.A. Case Management and Scheduling Order has been entered, the attached alternative Supplemental Scheduling Report for E.R.I.S.A. cases shall be used instead and shall be filed **on or before May 26, 2020**.

Counsel shall complete the Report by extending any deadline referenced on the SSR template that was outstanding as of March 19, 2020 by **NINETY (90) DAYS** consistent with the following exemplar.

**EXEMPLAR:**

|  | Current Deadline | Amended Deadline |
|---|---|---|
| **Mandatory Initial Disclosures** | **MARCH 18, 2020** | **EXPIRED** |

| | | |
|---|---|---|
| **Certificate of Interested Persons and Corporate Disclosure Statement** | **MARCH 19, 2020** | **JUNE 17, 2020** |
| **Motions to Add Parties or to Amend Pleadings** | **MARCH 20, 2020** | **JUNE 18, 2020** |
| **Discovery Deadline** | **MARCH 23, 2020** | **JUNE 22, 2020**[1] |
| **Trial Term** | **JULY 2020** | **OCTOBER 2020** |

If a deadline would fall on a weekend or holiday, counsel shall use the next business day as the amended deadline. Any deadline that had expired at the time of the stay **SHALL NOT** be resurrected and shall be designated as expired. **In no event will any deadlines be extended beyond ninety (90) days for purposes of completing this Report.**

For cases in which an ADA Scheduling Order or an FLSA Scheduling Order has been entered, no SSR need be filed. Instead, any case management deadline affected by the stay shall be recalculated by adding **NINETY (90) DAYS** to account for the stay.

For cases in which a Case Management Report has been filed but no Case Management and Scheduling Order has been entered, the Court will *sua sponte* adjust the Parties' requested deadlines to the extent deemed appropriate in light of the stay and enter a separate scheduling order once the stay has been lifted. As such, the Parties are relieved of the requirement to file an amended Case Management Report as previously directed in the Court's COVID-19 Stay Order.

---

[1] 90 days from March 23, 2020 is Sunday, June 21, 2020. Thus, the appropriate amended deadline is June 22, 2020.

The aforementioned 90-day extension **SHALL NOT APPLY TO A STAYED DEADLINE TO RESPOND TO A PENDING MOTION OR REPLY TO A RESPONSE.** Unless otherwise Ordered by the Court, any response or reply that is currently due to be filed shall now be due **June 12, 2020, or the current date on which the response would be typically due under the Rules, whichever is later.** Any other deadlines (i.e. to respond to requests for discovery etc.) not specifically addressed on the SSR template are extended until **June 29, 2020. In cases in which no Case Management Report has been filed and in which the deadline to file a Case Management Report was stayed, the Parties shall have up to and including June 29, 2020 or sixty (60) days after service of the complaint upon any defendant or the first appearance of any defendant, whichever is later, to meet and confer for the purposes of filing a Case Management Report, which Report shall be filed within fourteen (14) days of the meet and confer deadline.**

If a further extension of any deadlines set by this Order or any clarification of this Order is needed, the Parties are directed to file a motion after conciliation pursuant to Local Rule 3.01(g).

**DONE and ORDERED** in Tampa, Florida this 19th day of May, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Attachments:   Supplemental Scheduling Report
Supplemental Scheduling Report for E.R.I.S.A. Cases

Copies furnished to:
Counsel of record
Any *pro se* parties

**SUPPLEMENTAL SCHEDULING REPORT**

|  | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| **Mandatory Initial Disclosures** |  |  |
| **Certificate of Interested Persons and Corporate Disclosure Statement** |  |  |
| **Motions to Add Parties or to Amend Pleadings** |  |  |
| **Disclosure of Expert Reports**  Plaintiff:  Defendant: |  |  |
| **Discovery Deadline** |  |  |
| **Dispositive Motions, *Daubert,* and *Markman* Motions** |  |  |
| ***Meeting In Person* to Prepare Joint Final Pretrial Statement** |  |  |
| **Joint Final Pretrial Statement (See Section III. B.)** |  |  |
| **All Other Motions Including Motions *In Limine*** |  |  |
| **Trial Briefs and Deposition Transcripts with Designations Highlighted** |  |  |
| **Trial Term**  **Parties shall be prepared to try this case anytime during the trial term. A more specific date will follow, by separate notice.** |  |  |
| **Mediation Deadline** |  |  |

## SUPPLEMENTAL SCHEDULING REPORT FOR E.R.I.S.A. CASES

|  | **CURRENT DEADLINE** | **AMENDED DEADLINE** |
|---|---|---|
| **Certificate of Interested Persons and Corporate Disclosure Statement** | | |
| **Filing of Administrative Record by Defendant(s)** | | |
| **Motion to Add Parties or to Amend Pleadings** | | |
| **Deadline for seeking specific discovery beyond the scope of the Administrative Record** | | |
| **If no discovery is requested by Plaintiff beyond the scope of the Administrative Record, the deadline for summary judgment motions** | | |
| **Meeting in Person to Prepare Joint Final Pretrial Statement** | | |
| **Joint Final Pretrial Statement, (including Witness Lists, Exhibit Lists with Objections on Approved Form)** | | |
| **Trial Briefs** | | |
| **Mediation Deadline** | | |
| **Trial Term** | | |