UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLEARVIEW IMAGING, LLC,** as
assignee, individually, and on behalf of
all others similarly situated d/b/a
Clearview Open MRI,

    Plaintiff,

v.

Lead Case No: 8:19-cv-1299-T-35CPT
Case No: 8:19-cv-1881-T-35AEP

**PROGRESSIVE AMERICAN
INSURANCE COMPANY and
PROGRESSIVE SELECT INSURANCE
COMPANY,**

    Defendants.

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Status Conference, (Dkt. 70), Defendants' response in opposition thereto, (Dkt. 71), and Plaintiff's Motion for Extension of Time and/or Protective Order Regarding Defendants' Three Motions to Compel and Pending Discovery. (Dkt. 76) Plaintiff requests an extension of time to respond to Defendants' Motions to Compel, (Dkts. 73, 74, 75), and other pending discovery until after the Court rules on Defendants' Motions to Dismiss, which are ripe for the Court's review. (Dkt. 76) Plaintiff advises that the Parties disagree over the scope of this case and what discovery is relevant, and Plaintiff cannot effectively respond to discovery until after the Court resolves the Motions to Dismiss. (Id.) Plaintiff also requests a status conference to address class certification discovery issues and briefing deadlines. (Dkt. 70) Upon consideration, the Court finds that a stay of discovery

pending resolution of the case-dispositive issues raised in the Motions to Dismiss would be prudent.

Accordingly, the Court hereby **ORDERS** as follows:

1. Plaintiff's Motion for Extension of Time and/or Protective Order Regarding Defendants' Three Motions to Compel and Pending Discovery, (Dkt. 76), is **GRANTED**. All discovery matters are **STAYED** pending resolution of the Motions to Dismiss. Should the Court deny the Motions to Dismiss in whole or in part, new discovery response deadlines will be set and an amended Case Management and Scheduling Order will be entered.

2. In light of the stay, Defendants' Motions to Compel, (Dkts. 73, 74, 75), are **DENIED WITHOUT PREJUDICE**. If the discovery matters raised therein are still pertinent after resolution of the Motions to Dismiss, Defendants may refile the Motions to Compel at that time.

3. Plaintiff's Motion for Status Conference, (Dkt. 70), is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of August, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person