**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLEARVIEW IMAGING, LLC d/b/a CLEARVIEW OPEN MRI, as assignee, individually, and on behalf of all similarly situated,

    Plaintiff,

vs.

PROGRESSIVE AMERICAN INSURANCE COMPANY, and PROGRESSIVE SELECT INSURANCE COMPANY,

    Defendants.
_____/

Case No.: 8:19-cv-1299-T-35CPT
Case No.: 8:19-cv-1881-T-35AEP
(Consolidated)

**NOTICE OF APPEARANCE**
**AND DESIGNATION OF EMAIL ADDRESSES**

Please take notice that Bryan S. Gowdy, of Creed & Gowdy, P.A., enters his appearance as counsel for Plaintiff, CLEARVIEW IMAGING, LLC d/b/a CLEARVIEW OPEN MRI, as assignee, individually, and on behalf of all similarly situated, and requests that he be served with all further papers at the address listed below. The law firms of Clark & Martino, P.A., de la Parte & Gilbert, P.A., and Crist Legal, P.A. will continue to serve as counsel for Plaintiff and should still be served with all papers.

CREED & GOWDY, P.A.

/s/*Bryan S. Gowdy*
Bryan S. Gowdy
Florida Bar No. 176631
bgowdy@appellate-firm.com
filings@appellate-firm.com
865 May Street
Jacksonville, Florida 32204
Telephone:  (904) 350-0075

                                                Facsimile:  (904) 503-0441
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing notice was filed with the Clerk of Court on October 14, 2020, using the CM/ECF system which will send a notice of electronic filing via the Court's ECF system to the following:

**James Dan Clark, Esq.**
CLARK & MARTINO, P.A.
3407 W Kennedy Blvd.
Tampa, FL 33609-2905
Telephone: (813) 879-0700
Facsimile: (813) 879-5498
dclark@clarkmartino.com
*Counsel for Plaintiff*

**David M. Caldevilla, Esq.**
DE LA PARTE & GILBERT, P.A.
P.O. Box 2350
Tampa, FL 33601-2350
Telephone: (813) 229-2775
Facsimile: (813) 229-271
dcaldevilla@dgfirm.com
*Counsel for Plaintiff*

**Marcy Levine Aldrich, Esq.**
**Ari Gerstin, Esq.**
**Ross Elliot Linzer, Esq.**
**Scott Earl Allbright, Jr., Esq.**
AKERMAN LLP
Three Brickell City Centre
98 SE 7th Street, Suite 1100
Miami, FL 33131-3525
Telephone: (305) 374-5600
Facsimile: (305) 349-4656
marcy.aldrich@akerman.com
ari.gerstin@akerman.com
ross.linzer@akerman.com
scott.allbright@akerman.com
*Counsel for Defendants*

**Leslie E. Joughin , III, Esq.**
**Jason L. Margolin, Esq.**
**Irene Bassel Frick, Esq.**
AKERMAN LLP
401 E Jackson Street, Suite 1700
Tampa, FL 33602-5250
Telephone: (813) 223-7333
Facsimile: (813) 223-2837
les.joughin@akerman.com
jason.margolin@akerman.com
Irene.Bassel@akerman.com
*Counsel for Defendants*

**Matthew A. Crist, Esq.**
CRIST LEGAL, P.A.
2904 West Bay to Bay Blvd.
Tampa, FL 33629
Telephone: (813) 575-5200
Facsimile: (813) 575-2520
cristm@cristlegal.com
*Counsel for Plaintiff*

                                              */s/Bryan S. Gowdy*
                                              Attorney