Progressive Claims
600 North Westshore Boulevard, Suite 400
Tampa, FL 33609



Underwritten By:
Progressive American Insurance Company

Recipient:
CLEARVIEW IMAGING LLC
808 W DE LEON ST
TAMPA, FL 33606-2722

Document Date: November 1, 2018
Claim Number:
Date of Loss: August 27, 2018
Policyholder:
State of Jurisdiction: FL
Coverage Type: Personal Injury Protection
Date Received: October 6, 2018
Bill Number:
Provider Invoice Number:
Progressive Invoice Number:
Payment Number:

Patient:

Provider Information:
CLEARVIEW IMAGING LLC CO
808 W DE LEON ST
TAMPA, FL 33606

Specialty: Diagnostic Radiology
Zip of Service: 33614
Region: 99
Date(s) of Service: 09/24/2018 - 09/24/2018
Page 1 of 2

# Explanation of Benefits

ICD Diagnosis Codes:

| Diagnosis Pointer (DX Ptr) | Code | Description |
|---|---|---|
| A | | |
| B | | |
| C | | |

ICD Procedure Codes: No Procedure Code entered for this bill.

| Date of Service | Line | Rev Cd | POS | Proc Cd/ NDC | Mod/ Pkg | DX Ptr | Units | Amount Charged | Amount Allowed | Explanation Codes |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/24/2018 | 1 | | 11 | | | A | 1 | $1,372.03 | $1,076.74 | 432 |
| Subtotals | | | | | | | | $1,372.03 | $1,076.74 | |
| Amt Previously Paid | | | | | | | | | $0.00 | |
| Deductible/Co-Pay | | | | | | | | | $215.35 | |
| Totals | | | | | | | | $1,372.03 | $861.39 | |

Revenue Code (Rev Cd):

Place of Service (POS):

11 - Office

CPT Five Digit Codes and/or nomenclature are Copyright 1995-2011 American Medical Association. All Rights Reserved.

**EXHIBIT M**
**Page 1 of 2**

Claim Number:
Policyholder:

Page 2 of 2

**Procedure Code/National Drug Code (Proc Cd/NDC):**

**Modifier/Package (Mod/Pkg):**

**Explanation Code:**

432 · The allowed amount for this procedure is based upon 200% of the 2007 Participating Level of Medicare physician fee schedule for the region in which the services were rendered, which is higher than the current fee established for the date of service, pursuant to Florida Statute 627.736(5).

**Fee Schedule:**

Please be aware that pursuant to Florida Statute 627.736 (5) (a) 2. and 5., if an insurer elects to pay pursuant to the fee schedules found in paragraph 2., then pursuant to paragraph 5., the person providing any services, supplies or care, cannot bill or attempt to collect from you any amount in excess of the fee schedules, except for coinsurance, which would be 20% of the fee schedule amount or a deductible up to the maximum policy limits.

**Important Information:**

Please be advised that pursuant to F.S 627.736, if you have reasonable belief that any of the charges or services contained within this explanation of benefits involves an alleged error, then you have the option to resubmit a revised claim within 15 calendar days for reconsideration.

> Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

This explanation details what we have determined to be the appropriate reimbursement amount based on our careful review of this claim and the bill(s) and record(s) as submitted. Please note that if additional documentation and/or information have been requested, payment of the outstanding charge(s) is pending until we have received and reviewed the requested item(s). Should you disagree with the handling of these charges or have any questions, please contact the claims representative listed below. Otherwise, we will assume you have accepted our handling under the terms of this explanation.

ROSS A FARMER
Claims Department
1-904-423-4393

Enclosure

Form Z740 (06/17)



CPT Five Digit Codes and/or nomenclature are Copyright 1995-2011 American Medical Association. All Rights Reserved

**EXHIBIT M**
**Page 2 of 2**